UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RICHARD CHAPMAN, Individually and for Others Similarly Situated,<br><br>v.<br><br>ELECTRICAL BUILDERS, INC. | Case No. 0:20-CV-01087 |

## UNOPPOSED MOTION TO APPROVE FLSA SETTLEMENT AND DISMISS LAWSUIT WITH PREJUDICE

Plaintiff Richard Chapman ("Chapman"), individually and on behalf of the Opt-in Plaintiffs and others similarly situated (collectively, the "Settlement Class Members") request the Court approve their Settlement Agreement (Exhibit 1), approve the Parties' Settlement Notice and Claim forms, and dismiss this lawsuit with prejudice. This Settlement represents the culmination of two- hotly-contested FLSA actions,[1] substantial investigation and exchange of relevant data, and arm's-length negotiations between informed and experienced counsel with the assistance of experienced wage and hour mediator, Joe Dixon. As detailed in the Plaintiffs' Brief, the Parties' Settlement is a fair and reasonable resolution of their *bona fide* dispute as to the Settlement Class Members' FLSA claims. Defendant Electrical Builders Inc., does not oppose the motion. Thus, the Court should approve the Parties' Settlement and dismiss this lawsuit with prejudice.

**Dated: March 11, 2021.**

---

[1] Following the Parties' November 13, 2020 mediation and subsequent settlement negotiations, the Parties jointly dismissed the related FLSA action against EBI in the Southern District of Georgia without prejudice pursuant to Rule 41, *see Raykovitz v. Electrical Builders, Inc.*, No. 1:19-CV-0137-JRH-BKE, ECF Nos. 58 and 59 (Jan. 6, 2021) ("*Raykovitz*"), and opted the sole plaintiff in that case (named plaintiff Raykovitz) into this collective action, *see* ECF 54.

Respectfully submitted,

**JOSEPHSON DUNLAP, LLP**

**Dated: March 11, 2021**       By:   */s/ Taylor A. Jones*
Andrew w. Dunlap (Texas Bar No. 24078444)
Taylor A. Jones (Texas Bar No. 24108723)
11 Greenway Plaza, Suite 3050
Houston, TX 77046
713-352-1100
adunlap@mybackwages.com
tjones@mybackwages.com

Michele R. Fisher (Texas Bar No. 24014780)
NICHOLAS KASTER P.L.L.P.
80 South 8th Street, Suite 4600
Minneapolis, MN 55402
612-256-3200
fisher@nka.com

**ATTORNEYS FOR PLAINTIFF
AND PUTATIVE CLASS MEMBERS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I served the foregoing document on all parties and/or their counsel of record via this Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Taylor A. Jones*
**Taylor A. Jones**

## CERTIFICATE OF CONFERENCE

I hereby certify that prior to filing the instant Motion, I conferred with EBI's Counsel, and EBI is **not opposed** to the requested relief, as further evidenced by the parties fully executed settlement agreement (Ex. 1).

*/s/ Taylor A. Jones*
**Taylor A. Jones**