## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RICHARD CHAPMAN, Individually and For Others Similarly Situated,<br><br>v.<br><br>ELECTRICAL BUILDERS, INC. | Case No. 20-CV-1087 (PJS/LIB)<br><br>**ORDER GRANTING APPROVAL OF FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE** |

Before the Court is the Parties' joint motion for approval of an FLSA settlement. The Court has considered the Settlement Agreement and its exhibits, including the Notice Materials, and the submissions of Counsel, and hereby finds and orders as follows:

1. The Court **FINDS** that the settlement memorialized in the Settlement Agreement and filed with the Court is a fair and reasonable compromise of a *bona fide* dispute and, therefore, meets the requirements for approval.

2. The Court therefore **APPROVES** of the Parties' Settlement Agreement in full.

3. The Court **APPOINTS**, for settlement purposes only, Josephson Dunlap, LLP as Class Counsel for the purposes of Settlement and the releases and other obligations therein.

4. The Court **FINDS** that the Settlement Notice and Claim Form to be provided as set forth in the Settlement Agreement is the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement. The Notice is accurate, objective, and informative and provides the Settlement Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

5. The Notice of Settlement and Claim Form, attached to the Settlement Agreement as Exhibit C, is **APPROVED**. Class Counsel is authorized to mail those documents to the Class Members as provided in the Settlement Agreement.

6. Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendant or the Released Parties have engaged in any wrongdoing.

7. The Court further **DISMISSES THIS LAWSUIT WITH PREJUDICE**. **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 12, 2021

Hon. Patrick J. Schiltz
United States District Court Judge