# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard Chapman
Individually and for Others Similarly
Situated.,

                      **JUDGMENT IN A CIVIL CASE**

                Plaintiff(s),

v.                                    Case Number: 20-cv-1087 (PJS/LIB)

Electrical Builders, Inc.

                Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED THAT:

1. The Court FINDS that the settlement memorialized in the Settlement Agreement and filed with the Court is a fair and reasonable compromise of a bona fide dispute and, therefore, meets the requirements for approval.

2. The Court therefore **APPROVES** of the Parties' Settlement Agreement in full.

3. The Court **APPOINTS**, for settlement purposes only, Josephson Dunlap, LLP as Class Counsel for the purposes of Settlement and the releases and other obligations therein.

4. The Court **FINDS** that the Settlement Notice and Claim Form to be provided as set forth in the Settlement Agreement is the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement. The Notice is accurate, objective, and informative and provides the Settlement Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

5. The Notice of Settlement and Claim Form, attached to the Settlement Agreement as Exhibit C, is APPROVED. Class Counsel is authorized to mail those documents to the Class Members as provided in the Settlement Agreement.

6. Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of

similarly situated or other employees exists to maintain a collective action under the FLSA, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendant or the Released Parties have engaged in any wrongdoing.

7. The Court further DISMISSES THIS LAWSUIT WITH PREJUDICE.

Date: 3/15/2021                                        KATE M. FOGARTY, CLERK